# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2007

134305

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICK C. BRONIAK,
       Plaintiff-Appellant,

v

MARTIN A. CLENDENING, DURAN GRISA,
and MEGO, INC.,
       Defendants-Appellees,
and

MIDAS INTERNATIONAL, INC.,
       Defendant.

SC: 134305
COA: 274584
Wayne CC: 06-605677-CZ

_____/

      On order of the Court, the application for leave to appeal the April 12, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

t0917